UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENAILA ROSETTA SIX,

       Plaintiff,

                                         File no: 1:21-cv-841

v.

                                         HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action.  The Report and Recommendation was duly served on the

parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      NOW THEREFORE, the Report and Recommendation (ECF No.20) is hereby adopted as

the opinion of the Court.

      THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **AFFIRMED**.

Dated:   October 4, 2022          /s/ Robert J. Jonker           
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE